IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-00140-MSK-CBS

ZEBEDEE E. HALL,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
THE DENVER SWAT TEAM, [known and unknown] members of,
SGT. BERDAHL #86059,
TECH. CANINO #91041,
TECH. GROTHE #95015,
TECH. GILWORTH #89044,
TECH. DELMENICO #89029,
TECH FOX #87026,
TECH BRODEN #90026,
TECH. MOEN #91027,
TECH. LAURITA #83011,
TECH. MCKIHHEN #86042,
TECH. TITUS #93013,
TECH. MEYER #89041,
TECH. BRENNAN #95035,
OFC. NEBEL #97015, and
SGT. ORGAN #75033,

    Defendants.

_____

**ORDER**
_____

The Final Trial Preparation Conference scheduled in this matter has been reset from 4:00 p.m. to **2:00 p.m.** on **July 20, 2005.**

Dated this 19th day of July, 2005.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge