IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00140-MSK-CBS

ZEBEDEE E. HALL,

        Plaintiff,

v.

CITY AND COUNTY OF DENVER,
THE DENVER SWAT TEAM, [known and unknown] members of,
SGT. BERDAHL #86059,
TECH. CANINO #81041,
TECH. GROTHE #95015,
TECH. GILWORTH #89044,
TECH. DELMENICO # 89029,
TECH. FOX #87026,
TECH. BRODEN #90026,
TECH. MOEN #91027,
TECH. LAURITA #83011,
TECH. McKIHHEN #, 86042,
TECH. TITUS #93013,
TECH. MEYER #89041,
OFC. NEBEL #97015, and
SGT. ORGAN #75033,

        Defendants.

---

## ORDER TO CURE DEFICIENCY

---

Krieger, Judge

    Plaintiff submitted a Notice of Appeal on September 7, 2005. The court has determined that

the document is deficient as described in this order. Plaintiff will be directed to cure the following

if he wishes to pursue this appeal.

**(A)**     **Filing Fee**
       X     is not submitted

**(B)**     **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
- X    is not submitted
- __   is missing affidavit
- __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
- __   is missing required financial information
- __   is missing an original signature by the prisoner
- __   is not on proper form (must use the court's current form)
- __   other _____

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 8th day of September, 2005.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge